IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RANDI HARDY, AIS #280293, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:24-CV-705-WKW |
| | ) [WO] |
| TIFFANY ROGERS, | ) |
| TRAMON ROGERS, and | ) |
| PAMELA WHITTEN, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On January 10, 2025, the Magistrate Judge filed a Recommendation for the dismissal of this action prior to service of process as frivolous and for failure to state a claim on which relief may be granted. (Doc. # 46.) Plaintiff objects to dismissal and also requests that the court refer Defendants for criminal prosecution. (Doc. # 47.)

Under the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2), the court must dismiss an *in forma pauperis* action if, at any time, it determines that the action "is frivolous" or "fails to state a claim on which relief may be granted." 28 U.S.C. § 1915(e)(2)(B)(i)–(ii). Based upon an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. § 636(b), the court finds that the Recommendation

correctly assessed the Complaint's allegations as frivolous and as failing to state a claim on which relief may be granted.

Additionally, Plaintiff's objection lacks merit. Plaintiff also requests the court to refer Defendants for criminal prosecution regarding the allegations in her Complaint. (Doc. # 47.) However, Plaintiff has not cited any authority, and none has been found, that would give the court authority to grant the requested relief.

Accordingly, it is ORDERED as follows:

(1) Plaintiff's objection (Doc. # 47) is OVERRULED;

(2) The Recommendation (Doc. # 46) is ADOPTED; and

(3) Plaintiff's action is DISMISSED with prejudice prior to service of process as frivolous and for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(i)–(ii).

Final judgment will be entered separately.

DONE this 22nd day of January, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE